AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROBEY EUGENE MOSES,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-034

RONALD BRAWNER, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 19, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Respondent's Motion to Dismiss is GRANTED, and Petitioner's 28 U.S.C. § 2254 Motion is DISMISSED as untimely. Furthermore, the Court DENIES Petitioner a certificate of appealability and is not entitled to appeal in forma pauperis.  Judgment is hereby ENTERED in favor of Respondent. This case stands CLOSED.



10/19/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*

GAS Rev 10/1/03