AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROBEY EUGENE MOSES,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-034

RONALD BRAWNER, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of November 30, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, Respondent's Motion to Dismiss is GRANTED, and the instant petition brought pursuant to 28 U.S.C. § 2254 is DISMISSED as untimely. A COA is DENIED in this case, and this civil action stands CLOSED.

| | |
|---|---|
| 11/30/2020 | John E. Triplett, Acting Clerk |
| *Date* | *Clerk* |
| | *Tara H. Burton* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020